UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Lisa C. Turbeville, | ) |
| | ) |
| Plaintiff, | ) 4:10-cv-02121-TLW |
| v. | ) |
| | ) |
| Viking Collection Service, Inc. | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL

**COMES NOW** the Plaintiff, by and through counsel, Penny Hays Cauley, and hereby dismisses this case with prejudice as all matters in controversy have been resolved.

Respectfully submitted,

/s/ Penny Hays Cauley
Penny Hays Cauley, Fed. ID No. 10323
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I, Penny Hays Cauley, do hereby certify that I have served a copy of the foregoing Notice of Dismissal on Doug Boyum, Assistant Vice President, Viking Collection Service, Inc., 7500 Office Ridge Circle #100, Eden Prairie, MN 55344 by placing a copy of the same in the United States Mail, properly addressed and First Class Postage prepaid on the 5th day of November, 2010.

/s/ Penny Hays Cauley
Penny Hays Cauley